UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 7337

------------------------------------------------------------X

MAGNOLIA GREEN DEVELOPMENT, LLC, PHILIP PILEVSKY, and RAYMOND L. ZIMMERMAN,

                    Plaintiffs,

- against -

iSTAR FINANCIAL, INC.,

                    Defendant.

------------------------------------------------------------X

**RULE 7.1 STATEMENT**

___-CV-___ ( )( )

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Magnolia Green Development, LLC makes the following statement:

Magnolia Green Development, LLC has no parent corporation and no publicly held corporation owns more than ten percent of its stock.

Dated:  Uniondale, New York
         August 19, 2008

                              RUSKIN MOSCOU FALTISCHEK, P.C.
                              *Attorney for Plaintiffs*

                              By:_____
                                  Mark S. Mulholland
                                  Douglas J. Good
                                  East Tower, 15th Floor
                                  1425 RexCorp Plaza
                                  Uniondale, New York 11556-1425
                                  (516) 663-6600

[RECEIVED AUG 18 2008 U.S.D.C. S.D.N.Y. CASHIERS]