UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

MAGNOLIA GREEN DEVELOPMENT, LLC,
PHILIP PILEVSKY and RAYMOND L.
ZIMMERMAN,

**AFFIDAVIT OF SERVICE**

CV-08-7337

               Plaintiffs,

-against-

iSTAR FINANCIAL, INC.,

               Defendant.
---------------------------------x

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NASSAU  )

    On August 19, 2008, at approximately 2:30 p.m., I personally served MaryBeth Roselle, Associate General Counsel, from iStar Financial, Inc., located at 1114 Avenue of the Americas, 39th Floor, New York, New York 10036 with a true copy of the attached *Rule 7.1 Statement, Summons and Complaint* by hand delivery.

    Deponent further states that he describes the person actually served as follows:

| | |
|---|---|
| Sex: | Female, White |
| Height: | 5'4" |
| Weight: | 120 lbs. |
| Hair: | Strawberry Blond |
| Age (approx.): | 29 |

                                                 **DENNIS LOIACONO**

Sworn to before me this
19th day of August, 2008

    Notary Public

DARLENE PHILBIN
Notary Public, State of New York
No. 01PH6157022
Qualified in Nassau County
Commission Expires December 4, 20_10_